IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NDX ADVISORS INC,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVISORY FINANCIAL CONSULTANTS,<br><br>  Defendant.<br>_____/ | No. C 11-3234 SBA<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
| NDX ADVISORS INC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANDREW BALISTRERI, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-0309 CW |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced cases to Judge Saundra Brown Armstrong to consider whether they are related. The parties may respond to this referral, opposing or supporting relating the cases, within four days of the date of this order, in briefs submitted in accordance with the requirements set forth in Civil Local Rule 7-11(b).

The Court notes that the cases were separately transferred to the Northern District of California from the Northern District of Illinois. Although the two cases had not been administratively

related in that District, in deciding to transfer the <u>Balistreri</u> matter, Judge Norgle found that, because the <u>Advisory Financial Consultants</u> matter had already been transferred to this District, "the interests of justice would be better served by" transferring the <u>Balistreri</u> case here as well, to avoid duplication and possible conflicts. Docket No. 131, <u>Balistreri</u>, Case No. 12-309, 11.

The case management conference previously set for Wednesday, May 9, 2012, is continued to Wednesday, June 6, 2012, at 2:00 p.m., to allow time to determine whether these cases will be related. The Court notes that the parties had not timely filed joint or separate case management conference statements for the May 9 conference. Statements for the continued conference are due May 30, 2012. If the cases are related, the conference may be rescheduled.

IT IS SO ORDERED.

Dated: 5/7/2012

CLAUDIA WILKEN
United States District Judge

cc: SBA