UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NDX Advisors, Inc., NDX Capital Management, LLC, NDX Holdings, Inc., NDX Trading, Inc. and St. Croix Capital Management, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVISORY FINANCIAL CONSULTANTS, INC., and RUTHE P. GOMEZ,<br><br>Defendants. | Case No: C 11-3234 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING & RESETTING MEDIATION CUT-OFF DATE** |

　　　　Whereas the Court-Ordered Mediation cut-off date is currently set for June 1, 2012, the general discovery cut-off is August 31, 2012 and the expert discovery cut-off is October 12, 2012;

　　　　Whereas Plaintiffs NDX Advisors, Inc., *et al.* ("NDX"), whose counsel is located in Chicago, Illinois, and Defendants Advisory Financial Consultants, Inc., *et al.* ("AFC"), whose counsel is located in Menlo Park, California, have been unable to complete mediation primarily due to calendaring conflicts; and

　　　　Whereas, NDX and AFC's respective counsel have met and conferred and believe that they will be able to complete mediation by August 1, 2012;

　　　　Whereas, pushing back the deadline to mediation without changing the discovery deadlines could result in wasting of additional resources on discovery when the case may settle;

　　　　Whereas, NDX and AFC's respective counsel have met and conferred and believe that they will be able to complete general discovery by October 5, 2012 and expert discovery by October 31, 2012;

1  Now therefore, NDX and AFC by and through their undersigned counsel hereby
2  STIPULATE AND AGREE and respectfully request the Court to order that the current Court-
3  Ordered Mediation cut-off date is VACATED and reset for August 1, 2012, that the current Court
4  Ordered general discovery deadline and expert discovery deadline are VACATED and reset for
5  October 6, 2012 and October 31, 2012, respectively.

SO STIPULATED:

Date:  May 25, 2012     By: : /s/ *Andrew May*
                        Andrew May, Esq.
                        *Attorney for Plaintiffs*

Date:  May 25, 2012     By: /s/ *Christopher Mader*
                        Christopher Mader, Esq.
                        *Attorney for Defendants*

IT IS SO ORDERED.

Dated: 7/9/12           _____
                        Honorable Saundra Armstrong